IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

**IN RE:**                                                 Case No.: 23-22035-CMB
**Robert L. Makowski, Jr. and**
**Lisa M. Makowski**                            Chapter 13
**Debtors.**

<u>NOTICE OF APPEARANCE AND REQUEST FOR NOTICES</u>

TO:    Clerk of Courts

        Please enter our appearance on behalf of the City of Pittsburgh and City of Pittsburgh School District in the above captioned matter. We request copies of further Notices and Orders in accord with the attached Declaration.

        Please enter the address below as the mailing address for these creditors. All notices should be mailed to the following address:

**City of Pittsburgh and City of Pittsburgh School District**
**GRB Law**
**Jeffrey R. Hunt, Esquire**
**525 William Penn Place**
**Suite 3110**
**Pittsburgh, PA 15219**

Executed on:

<u>December 1, 2023</u>

                                  GRB Law,

                    By:     <u>/s/Jeffrey R. Hunt</u>
                               Jeffrey R. Hunt, Esquire
                               Pa I.D. No. 90342
                               525 William Penn Place
                               Suite 3110
                               Pittsburgh, PA 15219
                               412-281-0587
                               jhunt@grblaw.com
                               Attorney for Movants

2238206.11

DECLARATION IN LIEU OF AFFIDAVIT

Regarding Request to Be Added to the Mailing Matrix

I am the Attorney for City of Pittsburgh and City of Pittsburgh School District, these creditors in the above captioned bankruptcy case, and I am authorized by these creditors to make the accompanying request for notices. The **new address shown on the preceding page** should be used instead of the existing address, and added to the matrix. I have reviewed the mailing matrix on file in this case and I hereby certify that the request for notices being filed herewith replaces the creditors' address listed on the matrix, supersedes and cancels all prior requests for notice by the within named creditors, and:

(X)   That there are no other requests to receive notices on behalf of these creditors, or

( )   that any prior request(s) for notice by or on behalf of these creditors shall be deleted from the matrix:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 1, 2023.

GRB Law,

By:   /s/Jeffrey R. Hunt
Jeffrey R. Hunt, Esquire
Pa I.D. No. 90342
525 William Penn Place
Suite 3110
Pittsburgh, PA 15219
412-281-0587
jhunt@grblaw.com
Attorney for Movants

2238206.11