IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Robert L. Makowski, Jr. and<br>Lisa M. Makowski<br>Debtors | ) Bankruptcy Case No. 23-22035-CMB<br>) Chapter 13<br>)<br>)<br>)<br>) |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

TO:    Clerk of Courts

    Please enter our appearance on behalf of Borough of Mount Oliver in the above captioned matter.  We request copies of further Notices and Orders in accord with the attached Declaration.

    Please enter the address below as the mailing address for this creditor.  All notices should be mailed to the following address:

**Borough of Mount Oliver**
**GRB Law**
**Jeffrey R. Hunt, Esquire**
**525 William Penn Place**
**Suite 3110**
**Pittsburgh, PA 15219**

Executed on:

December 12, 2023

                              GRB Law,

      By:       /s/Jeffrey R. Hunt
                     Jeffrey R. Hunt, Esquire
                     Pa I.D. No. 90342
                     525 William Penn Place
                     Suite 3110
                     Pittsburgh, PA 15219
                     412-281-0587
                     jhunt@grblaw.com
                     Attorney for Movant

2220891.5

DECLARATION IN LIEU OF AFFIDAVIT

Regarding Request to Be Added to the Mailing Matrix

I am the Attorney for Borough of Mount Oliver, a creditor in the above captioned bankruptcy case, and I am authorized by this creditor to make the accompanying request for notices. The **new address shown on the preceding page** should be used instead of the existing address, and added to the matrix. I have reviewed the mailing matrix on file in this case and I hereby certify that the request for notices being filed herewith replaces the creditor's address listed on the matrix, supersedes and cancels all prior requests for notice by the within named creditor, and:

(X)    That there are no other requests to receive notices on behalf of this creditor, or

(  )    that any prior request(s) for notice by or on behalf of this creditor shall be deleted from the matrix:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 12, 2023.

                    GRB Law,

By:        /s/Jeffrey R. Hunt
           Jeffrey R. Hunt, Esquire
           Pa I.D. No. 90342
           525 William Penn Place
           Suite 3110
           Pittsburgh, PA 15219
           412-281-0587
           jhunt@grblaw.com
           Attorney for Movant

2220891.5