IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Robert L. Makowski, Jr.<br>Lisa M. Makowski<br>Katie L. Makowski<br>      Debtor(s) & Co-Debtor(s) | 23-22035 CMB<br><br>Chapter 13 Proceeding |
| Citizens Bank, N.A.<br>      Movant(s)<br><br>v.<br><br>Robert L. Makowski, Jr.<br>Lisa M. Makowski<br>Katie L. Makowski<br>Ronda J. Winnecour, Esquire<br>      Respondent(s) | Related to Document No.<br><br>Response Deadline: 3/22/2024<br><br>Hearing Date: 4/9/2024 @ 1:30 pm |

CERTIFICATE SERVICE OF MOTION FOR RELIEF AND NOTICE OF HEAIRNG

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the address specified below or on the attached list on March 5, 2024.

      The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: <u>service by electronic notification and first class U.S. mail</u>.

      If more than one method of service was employed, this certificate of service groups the parties by the types of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

Service by electronic notification:

| | |
|---|---|
| Kenneth Steidl, Esquire<br>julie.steidl@steidl-steinberg.com<br>Attorney for Debtor(s) | Ronda J. Winnecour, Esquire<br>cmecf@chapter13trusteewdpa.com<br>Trustee |

{00877329}

Service by first class U.S. mail:

| | |
|---|---|
| Robert L. Makowski, Jr.<br>Lisa M. Makowski<br>496 Venetia Road<br>Venetia, PA 15367<br>Debtor(s) | Office of the United States Trustee<br>Liberty Center<br>1000 Liberty Avenue<br>Suite 1316<br>Pittsburgh, PA 15222 |
| Kenneth Steidl, Esquire<br>Steidl& Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219<br>Attorney for Debtor(s) | Ronda J. Winnecour, Esquire<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Trustee |
| Katie L. Makowski<br>1678 Ballinger Street<br>Homestead, PA 15120<br>Co-Debtor(s) | |

Executed on: March 5, 2024

/s/ Mary F. Kennedy
Attorney I.D. No. 77149
1310 Industrial Blvd.
1st Floor, Suite 101
Southampton, PA  18966
215-942-9690 phone
mary@javardianlaw.com

{00877329}