IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | 23-22035 CMB |
| Robert L. Makowski, Jr. | |
| Lisa M. Makowski | Chapter 13 Proceeding |
| Katie L. Makowski | |
|      Debtor(s) & Co-Debtor(s) | |
| | Related to Document No. 44 , 50 |
| Citizens Bank, N.A. | |
|      Movant(s) | Response Deadline: 3/22/2024 |
| v. | |
| | Hearing Date: 4/9/2024 @ 1:30 pm |
| Robert L. Makowski, Jr. | |
| Lisa M. Makowski | |
| Katie L. Makowski | |
| Ronda J. Winnecour, Esquire | |
|      Respondent(s) | |

**ORDER**

AND NOW, this 22nd day of March , 2024, it is hereby ORDERED AND

DECREED that the Motion for Relief from Stay and the Co-Debtor Stay filed by Citizens

Bank, N.A. is withdrawn.

BY THE COURT:

United States Bankruptcy Judge    **dmr**
Carlota M. Bohm

Interested Parties:
Mary F. Kennedy, Esquire
Attorney for Citizens Bank, N.A.

Kenneth Steidl, Esquire
Attorney for Debtor(s)

Ronda J. Winnecour, Esquire
Trustee

FILED
3/22/24 3:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

{00885177}

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 23-22035-CMB

Robert L. Makowski, Jr.                                                     Chapter 13

Lisa M. Makowski

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 22, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Robert L. Makowski, Jr., Lisa M. Makowski, 496 Venetia Road, Venetia, PA 15367-1331 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2024                      Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alyk L Oflazian | on behalf of Creditor NATIONSTAR MORTGAGE LLC amps@manleydeas.com |
| Denise Carlon | on behalf of Creditor MetLife Securitization Trust 2017-1  Wilmington Savings Fund Society, FSB as Indenture Trustee dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Mount Oliver jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Peters Township jhunt@grblaw.com |

Jeffrey R. Hunt
on behalf of Creditor City of Pittsburgh and School District of Pittsburgh jhunt@grblaw.com

Kenneth Steidl
on behalf of Debtor Robert L. Makowski  Jr. julie.steidl@steidl-steinberg.com,
ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@st
eidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Kenneth Steidl
on behalf of Joint Debtor Lisa M. Makowski julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@st
eidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Mary F. Kennedy
on behalf of Creditor Citizens Bank  N.A. mary@javardianlaw.com, tami@javardianlaw.com;angie.harrigan@javardianlaw.com

Michelle L. McGowan
on behalf of Creditor U.S. Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For Rcf
2 Acquisition Trust mimcgowan@raslg.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com


TOTAL: 13