IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Bankruptcy No. 23-22035 CMB |
| ) | |
| Robert L. Makowski, Jr. ) | Chapter 13 |
| Lisa M. Makowski, ) | Related to Docket No. 54 |
|    *Debtors* ) | Related to Claim No. 2 |
| ) | |
| Robert L. Makowski, Jr. ) | |
| Lisa M. Makowski, ) | |
|    *Movants* ) | |
| ) | |
|    Vs. ) | |
| ) | |
| Keybank NA as S/B/M to First Niagara NA, ) | |
|    *Respondent* ) | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on April 22, 2024, I caused to be served a true and correct copy of the *Order of Court dated April 19, 2024,* U. S. First Class Mail, postage prepaid, upon the following persons and parties:

**Service by Regular and Certified US Mail:**
KeyBank
Attn: Katherine Mader, Bankruptcy Specialist
4910 Tiedeman Road
Brooklyn, OH 44144

**Service by CM/ECF Mail:**
Ronda Winnecour, Trustee
Office of the US Trustee

| | |
|---|---|
| <u>April 22, 2024</u> | /s/ Kenneth Steidl |
| DATE | Kenneth Steidl, Esquire |
| | Attorney for the Debtors |
| | STEIDL & STEINBERG |
| | Suite 2830 – Gulf Tower |
| | 707 Grant Street |
| | Pittsburgh, PA  15219 |
| | (412) 391-8000 |
| | ken.steidl@steidl-steinberg.com |
| | PA I. D. No.  34965 |