UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

SALDUTTI LAW GROUP
Rebecca K. McDowell, Esquire
1700 Market Street, Suite 1005
Philadelphia, PA 19103
(610) 994-1137
Attorney for Creditor KeyBank N.A. as S/B/M to First Niagara, N.A.

| IN RE: | : CASE NUMBER: 23-22035-CMG |
|---|---|
|  | : |
| ROBERT L. MAKOWSKI, JR. | : |
| AND LISA M. MAKOWSKI | : |
|  | : CHAPTER 13 |
| Debtor. | : |
|  | : |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of KeyBank N.A. as S/B/M to First Niagara, N.A. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

Saldutti Law Group
Rebecca K. McDowell, Esq.
1700 Market Street, Suite 1005
Philadelphia, PA 19103
Email: rmcdowell@slgcollect.com

SALDUTTI LAW GROUP

*/s/ Rebecca K. McDowell*
REBECCA K. MCDOWELL, ESQ.

Dated: October 23, 2024