**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>　ROBERT L. MAKOWSKI, JR.<br>　LISA M. MAKOWSKI<br>　　　　Debtor(s)<br><br>　Ronda J. Winnecour<br>　　　　Movant<br>　　vs.<br>　No Repondents. | Case No.:23-22035 CMB<br><br><br><br>Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

　1. The case was filed on 09/26/2023 and confirmed on 12/07/2023 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

　2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 29,989.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 29,989.00 |
| | | |
| Administrative Fees | | |
| 　Filing Fee | 0.00 | |
| 　Notice Fee | 0.00 | |
| 　Attorney Fee | 3,000.00 | |
| 　Trustee Fee | 1,799.34 | |
| 　Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,799.34 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| 　CITIZENS BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 3183 | | | | |
| 　US BANK TRUST NA - OWNER TRUSTEE F | 0.00 | 5,984.52 | 0.00 | 5,984.52 |
| 　　Acct: 1224 | | | | |
| 　METLIFE SECURITIZATION TRUST 2017-1 | 15,275.20 | 15,275.20 | 0.00 | 15,275.20 |
| 　　Acct: 3434 | | | | |
| 　CITIZENS BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 3183 | | | | |
| 　METLIFE SECURITIZATION TRUST 2017-1 | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 3434 | | | | |
| 　US BANK TRUST NA - OWNER TRUSTEE F | 16,809.76 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 1224 | | | | |
| 　BANK OF AMERICA NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 6422 | | | | |
| 　PETERS TOWNSHIP (TRASH) | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 0400 | | | | |
| 　CITY OF PITTSBURGH & SD OF PITTSBUF | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: M141 | | | | |

| 23-22035 CMB | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Secured** | | | | |
| CITY OF PITTSBURGH & SD OF PITTSBURGH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: M141 | | | | |
| PETERS TOWNSHIP (TRASH) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0400 | | | | |
| MT OLIVER BORO (SWG) | 372.31 | 0.00 | 0.00 | 0.00 |
| Acct: L258 | | | | |
| MT OLIVER BORO (SWG) | 235.21 | 0.00 | 0.00 | 0.00 |
| Acct: L258 | | | | |
| CITY OF PITTSBURGH (RE-LIBRARY) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: M141 | | | | |
| CITY OF PITTSBURGH (RE-LIBRARY) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: M141 | | | | |
| CLEARVIEW FCU FRMLY AK VALLEY FCU | 11,499.82 | 3,044.22 | 836.98 | 3,881.20 |
| Acct: 2009 | | | | |
| | | | | 25,140.92 |
| **Priority** | | | | |
| KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ROBERT L. MAKOWSKI, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ROBERT L. MAKOWSKI, JR. | 5.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG PC | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WASHINGTON CTY CT OF COMMON PLEAS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 5.00 | 5.00 | 0.00 | 5.00 |
| Acct: XXXXXXXXXXXXXXXXX2035 | | | | |
| | | | | 5.00 |
| **Unsecured** | | | | |
| US DEPARTMENT OF EDUCATION | 0.00 | 43.74 | 0.00 | 43.74 |
| Acct: 0128 | | | | |
| PNC BANK NA | 7,205.56 | 0.00 | 0.00 | 0.00 |
| Acct: 7010 | | | | |
| LVNV FUNDING LLC | 7,382.02 | 0.00 | 0.00 | 0.00 |
| Acct: 0615 | | | | |
| LVNV FUNDING LLC | 4,513.14 | 0.00 | 0.00 | 0.00 |
| Acct: 6910 | | | | |
| AMERICAN EXPRESS NATIONAL BANK | 1,100.32 | 0.00 | 0.00 | 0.00 |
| Acct: 3005 | | | | |
| KEYBANK NA** | 50,059.44 | 0.00 | 0.00 | 0.00 |
| Acct: 7262 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 183.56 | 0.00 | 0.00 | 0.00 |
| Acct: 7344 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MANLEY DEAS KOCHALSKI LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MARY F KENNEDY ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KATIE MAKOWSKI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SALDUTTI LAW GROUP | 0.00 | 0.00 | 0.00 | 0.00 |

| 23-22035 CMB | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | Acct: | | | | |
| | BERNSTEIN-BURKLEY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 43.74 |

| TOTAL PAID TO CREDITORS | | 25,189.66 |
|---|---|---|

TOTAL CLAIMED
PRIORITY            5.00
SECURED        44,192.30
UNSECURED      70.444.04

Date: 06/12/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com